IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | 8:08CR175 |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | ORDER |
| ) | |
| TINA MORROW,    ) | |
| ) | |
| Defendant.    ) | |

    This matter is before the court on the motion of Stephen R. Baxley to withdraw as counsel for the defendant, Tina Morrow (Morrow) (Filing No. 71). Mr. Baxley represents he is leaving the practice of law. Mr. Baxley's motion to withdraw is granted and substitute counsel will be appointed.

    Horacio J. Wheelock, 319 South 17th Street, #230, Omaha, NE 68102, (402) 342-9147, is appointed to represent Morrow for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Wheelock shall file his appearance in this matter forthwith. The clerk shall provide a copy of this order to Mr. Wheelock and to the Federal Public Defender.

    Mr. Baxley shall forthwith provide Mr. Wheelock with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Baxley which are material to Morrow's defense.

    **IT IS SO ORDERED.**

    DATED this 15th day of October, 2008.

                                          BY THE COURT:

                                          s/Thomas D. Thalken
                                          United States Magistrate Judge