IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR175 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TINA MORROW, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Stephen R. Baxley for payment (Filing No. 83). Mr. Baxley was appointed counsel for defendant Tina Morrow under the Criminal Justice Act and has been given leave to withdraw since he has left the practice of law. Mr. Baxley has been replaced by substitute counsel appointed by the court. Mr. Baxley seeks payment prior to the end of the case. The motion is granted and Mr. Baxley shall submit his voucher to the Office of the Federal Public Defender. Full payment will be authorized.

**IT IS SO ORDERED.**

DATED this 8th day of December, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge