# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR175** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TINA MORROW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Defendant's motion for leave to file a supplemental brief in support of the Defendant's motion for downward departure outside of the deadline (Filing No. 188).

IT IS ORDERED:

1. The Defendant's motion for leave to file a supplemental brief in support of the Defendant's motion for downward departure outside of the deadline (Filing No. 188) is granted; and

2. The Defendant may file a supplemental brief on or before May 7, 2009.

DATED this 21st day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge